# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

SOLOMON BROADUS, )
)
          Petitioner, )
)
-vs- )    Case No. CIV-09-676-F
)
JUSTIN JONES, Director, )
et al., )
)
          Respondents. )

## **ORDER**

On June 29, 2009, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation, wherein he recommended that petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be transferred to the United States District Court for the Northern District of Oklahoma for determination. Magistrate Judge Purcell advised petitioner of his right to object to the Report and Recommendation by July 20, 2009, and further advised that failure to file a timely objection would waive petitioner's right to appellate review of both factual and legal issues therein contained.

To date, petitioner has not filed an objection to the Report and Recommendation and has not sought an extension of time to file an objection. With no objection being filed within the time prescribed, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Gary M. Purcell on June 29, 2009 (doc. no. 8) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**.

The above-entitled action is **TRANSFERRED** to the United States District Court for the Northern District of Oklahoma for determination.

DATED July 24, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0676p002.wpd